CM/ECF certdsch
(Rev. 12/27/19)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| In Re:  Lisa A. Stowers | ) | Case No.: 23−10112−SDM |
| Debtor(s) | ) | Chapter: 13 |
| | ) | Judge: Selene D. Maddox |
| | ) | |
| | ) | |

## NOTICE

ATTENTION ATTORNEY FOR DEBTOR(S) AND/OR DEBTOR(S). Through an entry on the case docket, the trustee in the above referenced Chapter 13 case has notified this office that the final payment due pursuant to the confirmed plan has been received. As provided by the Amended Standing Order Adopting Procedures for Obtaining Discharge in Completed Chapter 13 Cases (available on the court's website), a *Debtor's Certification and Motion for Entry of Chapter 13 Discharge* must be filed and served on all creditors and parties in interest in order to receive a discharge. (A form *Certification and Motion* is available on the court's website.) The *Certification and Motion* must be filed within 30 days from the date on which the *Notice of Completion of Plan Payments* was placed on the docket of this case by the Chapter 13 trustee.

If the debtor(s) has/have filed a **motion for hardship discharge** pursuant to 11 U.S.C. Section 1328(b), the debtor(s) has/have thirty (30) days from the date of the entry of the order granting the motion for hardship discharge within which to file the *Debtor's Certification and Motion for Entry of Chapter 13 Discharge.*

ALTERNATIVELY, if the *Certification and Motion* is not timely filed, the case may be closed without entry of discharge.

DATE OF ISSUANCE: 1/9/26

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: CLD
Deputy Clerk

United States Bankruptcy Court

Northern District of Mississippi

| | |
|---|---|
| In re: | Case No. 23-10112-SDM |
| Lisa A. Stowers | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 1 of 2 |
| Date Rcvd: Jan 09, 2026 | Form ID: certdsch | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa A. Stowers, 100 Dawson Street, Apt 13, Isola, MS 38754-9307 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 11, 2026 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| G. Adam Sanford | |
| | on behalf of Debtor Lisa A. Stowers adam@mcraneymcraney.com mcraneylaw@gmail.com;sclement.mcraneymcraney@gmail.com;McRaneyRR50474@notify.bestcase.com;w.mr74777@notify.bestcase.com;r47011@notify.bestcase.com |
| Locke D. Barkley | |
| | Ecf_lbarkley13@barkley13.com  trusteeMSNB73@ecf.epiqsystems.com |
| Thomas C. Rollins, Jr. | |
| | on behalf of Debtor Lisa A. Stowers trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas C. Rollins, Jr. | |
| | on behalf of Spec. Counsel Morgan & Morgan trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |

District/off: 0537-1 | User: autodocke | Page 2 of 2
Date Rcvd: Jan 09, 2026 | Form ID: certdsch | Total Noticed: 1

U. S. Trustee
                    USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 5