## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                          CHAPTER 13

LISA A. STOWERS                                    CASE NO. 23-10112-SDM

### DEBTOR'S CERTIFICATION AND
### MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE
### PURSUANT TO 11 U.S.C. §1328 (a) and (h)

**THIS MOTION SEEKS AN ORDER DISCHARGING THE DEBTOR(S)
PURSUANT TO §1328(a) OF THE BANKRUPTCY CODE. IF YOU OPPOSE
THIS MOTION, YOU MUST FILE A RESPONSE WITH THE COURT WITHIN
21 DAYS FROM THE DATE LISTED BELOW IN THE CERTIFICATE OF
SERVICE. YOUR RESPONSE MUST SET FORTH THE SPECIFIC FACTUAL
ALLEGATION WITH WHICH YOU DISAGREE AND A COPY OF YOUR
RESPONSE MUST BE SERVED ON THE DEBTOR(S) AND DEBTOR'S(S')
ATTORNEY. IF NO TIMELY RESPONSE IS FILED, THE COURT MAY
GRANT THIS MOTION WITHOUT HOLDING A HEARING. A TIMELY
RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

1. By signing below, the Debtor(s) certify under penalty of perjury that the following statements
are true and correct:

A. I have completed a personal financial management instructional course provided
through an agency approved by the United States Trustee and have filed a statement,
prepared as prescribed by Official Form 23, regarding completion of said course. **11
U.S.C.§1328 (g).**

B. All pre-petition amounts owed by me on a domestic support obligation, if any, have
been paid to the extent provided by the plan. All post-petition amounts owed by me on a
domestic support obligation, if any, have been paid. **11 U.S.C.§1328 (a).**

C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a
prior case filed during the four-year period preceding the date that the petition was filed
in this case. **11 U.S.C.§1328 (f)(1).**

D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior
case filed during the two-year period before the date that the petition was filed in this
case. **11 U.S.C.§1328 (f)(2).**

E. I have not been convicted of a felony, the circumstances of which would demonstrate
that the filing of this bankruptcy case constituted an abuse of the provisions of the
Bankruptcy Code. **11 U.S.C.§1328 (h)(1) and §522 (q)(1)(A).**

F. If I owe a debt arising from: (I) any violation of any State of Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under § 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five years, then I have not claimed an exemption for my residence in an amount in excess of the statutory cap as prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C.§1328 (h)(1) and §522 (q)(1)(B)**.

G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C.§1328 (h)(2).**

H. I have made all payments required by my confirmed Chapter 13 plan or have, by separate motion, moved for the entry of a hardship discharge pursuant to **11 U.S.C.§1328 (b).**

2. Debtor(s) hereby move the Court for the entry of a discharge order in this case.

Signed: _Lisa Stowers (Jan 13, 2026 15:04:34 CST)_      01/13/2026
/s/ Lisa A. Stowers      Date

/s/ G. Adam Sanford      01/13/2026
G. Adam Sanford, MSB No. 103482      Date
Allison W. Killebrew, MSB No. 102431
McRANEY SANFORD KILLEBREW, PLLC
P.O. Drawer 1397
Clinton, MS 39060
Phone: (601) 924-5961
Fax: (601) 924-1516
adam@mcraneymcraney.com
allison@mcraneymcraney.com

3. Mailing address for filing responses:      Shallanda J. Clay, Clerk
U.S. Bankruptcy Court
703 Highway 145 North
Aberdeen, MS 39730

<u>CERTIFICATE OF SERVICE</u>

       I, G. Adam Sanford, attorney of record for the Debtors herein, do hereby certify that I have this day electronically filed the above and foregoing Certification and Motion for Entry of Chapter 13 Discharge with the Clerk of the United States Bankruptcy Court using the ECF system which sent notification of such filing to the following:

> Office of the United States Trustee
> USTPRegion05.AB.ECF@usdoj.gov
>
> Locke D. Barkley
> sbeasley@barkley13.com

and I hereby certify that I have mailed by United States Postal Service the document to all creditors listed on the matrix.

       This, the 13th  day of January, 2026.

> /s/ G. Adam Sanford
> G. Adam Sanford, MSB No. 103482
> Allison W. Killebrew, MSB No. 102431
> McRANEY SANFORD KILLEBREW, PLLC
> P.O. Drawer 1397
> Clinton, MS 39060
> Phone: (601) 924-5961
> Fax: (601) 924-1516
> adam@mcraneymcraney.com
> allison@mcraneymcraney.com

Affirm, Inc.
Attn: Bankruptcy
30 Isabella St, Floor 4
Pittsburgh, PA 15212


Auto Credit
100 Hwy 82 E
Indianola, MS 38751


Country Door/Swiss Colony
Attn:Bankruptcy
1112 Seventh Ave
Monroe, WI 53566


Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193


Fingerhut
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303


Fingerhut Fetti/Webbank
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303


First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117


Ginnys/Swiss Colony Inc
Attn: Credit Department
Po Box 2825
Monroe, WI 53566


Jarvis Porter
111 West Pond Street
Doddsville, MS 38736

Mariner Finance
Attn: Bankruptcy
8211 Town Center Drive
Nottingham, MD 21236


Midnight Velvet
Attn: Bankruptcy
1112 7th Avenue
Monroe, WI 53566


Republic Finance
508 W Park Ave
Greenwood, MS 38930


Santander Consumer USA
Attn: Bankruptcy
Po Box 961245
Fort Worth, TX 76161


Seventh Ave/Swiss Colony Inc.
Attn: Bankruptcy
1112 7th Ave
Monroe, WI 53566


Tower Loan of Belzoni
PO Box 320367
Flowood, MS 39232


Tower Loan of Greenville
PO Box 320367
Flowood, MS 39232


Tower Loan of Indianola
PO Box 320367
Flowood, MS 39232