| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Lisa A. Stowers<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1480<br>EIN  __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __-_____ |
| United States Bankruptcy Court | Northern District of Mississippi | |
| Case number: | 23–10112–SDM | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Lisa A. Stowers

<u>3/3/26</u>  **By the court:** <u>Selene D. Maddox</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Northern District of Mississippi

| | |
|---|---|
| In re: | Case No. 23-10112-SDM |
| Lisa A. Stowers | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0537-1  User: autodocke  Page 1 of 3
Date Rcvd: Mar 03, 2026  Form ID: 3180W  Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa A. Stowers, 100 Dawson Street, Apt 13, Isola, MS 38754-9307 |
| 4248045 | + | Jarvis Porter, 111 West Pond Street, Doddsville, MS 38736-9701 |
| 4248051 | ++ | TOWER LOAN, P O BOX 320001, FLOWOOD MS 39232-0001 address filed with court:, Tower Loan of Belzoni, PO Box 320367, Flowood, MS 39232 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4249279 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 04 2026 00:19:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 4251366 | + | Email/Text: jparrott@selecta-motors.com | Mar 04 2026 00:19:00 | AUTOMOTIVE CREDIT CENTER, PO BOX 428, INDIANOLA, MS 38751-0428 |
| 4248037 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 04 2026 00:05:02 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 4248038 | + | Email/Text: jparrott@selecta-motors.com | Mar 04 2026 00:19:00 | Auto Credit, 100 Hwy 82 E, Indianola, MS 38751-2214 |
| 4275657 | + | EDI: CBS7AVE | Mar 04 2026 04:46:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 4248039 | + | EDI: CBS7AVE | Mar 04 2026 04:46:00 | Country Door/Swiss Colony, Attn:Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 4248040 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 04 2026 00:05:01 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 4248041 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 04 2026 00:04:13 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 4248042 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 04 2026 00:04:13 | Fingerhut Fetti/Webbank, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 4248043 | + | EDI: AMINFOFP.COM | Mar 04 2026 04:46:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 4301780 | + | Email/Text: bankruptcy@towerloan.com | Mar 04 2026 00:19:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 4275654 | + | EDI: CBS7AVE | Mar 04 2026 04:46:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 4248044 | + | EDI: CBS7AVE | Mar 04 2026 04:46:00 | Ginnys/Swiss Colony Inc, Attn: Credit Department, Po Box 2825, Monroe, WI 53566-8025 |
| 4251841 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 04 2026 00:05:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| District/off: 0537-1 | User: autodocke | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 03, 2026 | Form ID: 3180W | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| 4248046 | + Email/Text: bankruptcy@marinerfinance.com | | Mar 04 2026 00:19:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 4287395 | + Email/Text: bankruptcy@marinerfinance.com | | Mar 04 2026 00:19:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 4248047 | + EDI: CBS7AVE | | Mar 04 2026 04:46:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 4275656 | + EDI: CBS7AVE | | Mar 04 2026 04:46:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 4285275 | + EDI: JEFFERSONCAP.COM | | Mar 04 2026 04:46:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 4252007 | EDI: Q3G.COM | | Mar 04 2026 04:46:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 4248048 | Email/Text: bankruptcy@republicfinance.com | | Mar 04 2026 00:19:00 | Republic Finance, 508 W Park Ave, Greenwood, MS 38930 |
| 4290061 | Email/Text: bankruptcy@republicfinance.com | | Mar 04 2026 00:19:00 | Republic Finance, LLC, 282 Tower Rd, Ponchatoula, LA 70454 |
| 4248049 | + Email/Text: enotifications@santanderconsumerusa.com | | Mar 04 2026 00:19:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 4251909 | + Email/Text: enotifications@santanderconsumerusa.com | | Mar 04 2026 00:19:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, 1601 Elm St., Suite 800, Dallas, TX 75201-7260 |
| 4248050 | + EDI: CBS7AVE | | Mar 04 2026 04:46:00 | Seventh Ave/Swiss Colony Inc., Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 4275655 | + EDI: CBS7AVE | | Mar 04 2026 04:46:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 4301781 | + Email/Text: bankruptcy@towerloan.com | | Mar 04 2026 00:19:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4248052 | *P++ | TOWER LOAN, P O BOX 320001, FLOWOOD MS 39232-0001, address filed with court:, Tower Loan of Greenville, PO Box 320367, Flowood, MS 39232 |
| 4248053 | *P++ | TOWER LOAN, P O BOX 320001, FLOWOOD MS 39232-0001, address filed with court:, Tower Loan of Indianola, PO Box 320367, Flowood, MS 39232 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| G. Adam Sanford | on behalf of Debtor Lisa A. Stowers adam@mcraneymcraney.com mcraneylaw@gmail.com;sclement.mcraneymcraney@gmail.com;McRaneyRR50474@notify.bestcase.com;w.mr74777@notify.bestcase.com;r47011@notify.bestcase.com |
| Locke D. Barkley | Ecf_lbarkley13@barkley13.com  trusteeMSNB73@ecf.epiqsystems.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor Lisa A. Stowers trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas C. Rollins, Jr. | on behalf of Spec. Counsel Morgan & Morgan trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 5